UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAN LEGENO,<br><br>Plaintiff,<br><br>-against-<br><br>THE CORCORAN GROUP,<br><br>Defendant. | 06 Civ. 2897 (JSR) (KNF) |

## ORDER OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff Joan Legeno and Defendant The Corcoran Group, having satisfactorily resolved the above-captioned action, and sufficient cause appearing therefor, now, upon the request of the Parties, it is hereby

ORDERED that the instant action shall be and hereby is dismissed in its entirety, with prejudice, and without any award of attorneys' fees or costs to any Party.

_____
Honorable Jed S. Rakoff

Dated: 5/6, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAN LEGENO,<br><br>Plaintiff,<br><br>-against-<br><br>THE CORCORAN GROUP,<br><br>Defendant. | 06 Civ. 2897 (JSR) (KNF) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Joan Legeno and Defendant The Corcoran Group, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

Respectfully submitted,

JOAN LEGENO, *Pro Se* Plaintiff
60 Manhattan Court
Brooklyn, New York 11235

_April 29 2009_          By: _____
Date                          Joan Legeno, *Pro Se* Plaintiff

ATTORNEY FOR PLAINTIFF

                                JACKSON LEWIS LLP
                                    59 Maiden Lane, 39TH Floor
                                    New York, New York 10038-4502
                                    (212) 545-4000

_May 9, 2009_      By:   _[signature]_
Date

                                    John A. Snyder (JS 4786)
                                    Matthew A. Steinberg (MS 3979)

                                    ATTORNEYS FOR DEFENDANT